MARTEN M. DICKERSON, d. b., *vs.* GEORGE C. LEGORE, representing the King Lime Company, a corporation doing business under and by virtue of the laws of the State of Maryland, p. b.

*Justice of Peace—Certiorari—Forthwith Summons—Affidavit, Made by Agent of Plaintiff; Sufficiency of—Practice.*

(*October* 11, 1907.)

The affidavit upon which a forthwith summons was issued was made by the agent of the plaintiff.   *Held* to be insufficient.

LORE, C. J., and GRUBB and BOYCE, J. J., sitting.

*Robert P. Davis* for d. b.

Superior Court, Sussex County, October Term, 1907.

CERTIORARI to Charles G. Fisher, a Justice of the Peace in and for Sussex County.

The record of the Justice showed that the affidavit upon which the forthwith summons was issued was signed by Charles M. Hammond, agent of the plaintiff below.

Among the exceptions filed was the following:

"For that the said Justice issued forthwith process upon the affidavit of a person other than the plaintiff as is required by the statute."

Judgment below reversed.